# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARY VAZQUEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID SEFCIK, *et al.*,<br><br>   Defendants. | 2:18-cv-00400-APG-VCF<br>**ORDER** |

  Before the Court is the proposed Joint Discovery Plan and Scheduling Order (ECF No. 11).

  Pursuant to LR 26-1(a), "[i]f the plan sets deadlines within those specified in LR 26-1(b), the plan must state on its face in bold type, 'SUBMITTED IN COMPLIANCE WITH LR 26-1(b).' If longer deadlines are proposed, the plan must state on its face 'SPECIAL SCHEDULING REVIEW REQUESTED.' Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case…" Here, the parties have not complied with LR 26-1(a).

  Accordingly,

  IT IS HEREBY ORDERED that proposed Joint Discovery Plan and Scheduling Order (ECF No. 11) is DENIED without prejudice.

  DATED this 22nd day of March, 2018.

                     _____
                     CAM FERENBACH
                     UNITED STATES MAGISTRATE JUDGE