# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| MARY VAZQUEZ, individually; and as parent and legal guardian of ASHLEY OCHOA, a minor, | 2:18-cv-00400-APG-VCF |
| Plaintiffs, | **ORDER** |
| vs. | |
| DAVID SEFCIK, individually; CONNOR SEFCIK, individually; and DOES 1 through 20, inclusive, | |
| Defendants. | |

The Joint Pretrial Order was due July 18, 2019.  (ECF No. 20).  To date, no Joint Pretrial Order has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, July 29, 2019, in Courtroom 3D.  The status hearing will be vacated upon the filing of the Joint Pretrial Order.

DATED this 23rd day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE